UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Gary Holyoke **Plaintiff(s)**

vs.

Maria Holyoke
Jennifer Volz Gray **Defendant(s)** ETAL

Civil Case No.: 6:21-cv-239 (DNH/TWD)

CIVIL COMPLAINT PURSUANT TO TITLE VII OF THE CIVIL RIGHTS ACT, AS AMENDED

FILED
MAR - 2 2021
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Utica

Plaintiff(s) demand(s) a trial by: ☒ JURY  ☐ COURT  (Select **only** one).

## JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2. Plaintiff: Gary Arthur Holyoke
   Address: 1505 Herkimer Road #9
   Utica N.Y. 13502

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Maria Holyoke
   Official Position: mother
   Address: 13 Lennon Place
   Whitesboro N.Y. 13492

   Jennifer Volz Gray
   ex girlfreind
   unknown residence

b. Defendant: _Jennifer Volz Gray_

Official Position: _ex Girlfriend_

Address: _unknown_

4. This action is brought pursuant to:

   [X] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

   [ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5. Venue is invoked pursuant to 28 U.S.C. s 1391.

6. Defendant's conduct is discriminatory with respect to the following (check all that apply):

   (A) [ ] My race or color.
   (B) [ ] My religion.
   (C) [ ] My sex (or sexual harassment).
   (D) [ ] My national origin.
   (E) [ ] My pregnancy.
   (F) [X] Other: _all Defendents Ignoring problem_

7. The conduct complained of in this action involves:

   (A) [ ] Failure to employ.
   (B) [ ] Termination of employment.
   (C) [ ] Failure to promote.
   (D) [ ] Unequal terms and conditions of employment.
   (E) [ ] Reduction in wages.
   (F) [ ] Retaliation.
   (G) [X] Other acts as specified below:
   _Refusing To Face problem and work it out which caused act of oppression_

8.                                          **FACTS**

Set forth the facts of your case which substantiate your claims. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Jennifer Volz Gray had me sign parental rights of child which made Maria and Art Holyoke always start accusing me of all the problems. The list of Drs. always accuse me of Sezrophrenia and hold me in hospital as inpatient and always deny the facts about things and my stability and my money that they say I can not handle.

9.                                  **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Somebody woke me up at parents house and offered me $25,000 or SSI early retirement. Then I ended up in hospital where I was railroaded around since 1995 missing opportunities to work or invest for my right to aspire

## SECOND CAUSE OF ACTION

Every time I lived on my own and stabilized myself my ex girlfreind (Jennifer) and ex-daughter (Erica) kept ignoring or causing problems along with my parents for me.

## THIRD CAUSE OF ACTION

Drs. kept misdiagnoseing me and prescribeing wrong medicine along with forced inpatient in psychiatric care which caused greater instability because of income and loss of homes

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached)** which was received by me on or about:

_____
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   Medical / Psychiatric records Fixed The amount of $27,500,000 for me and help Finding some person To Be a Freind as a helpmate To have my own Residential Home

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 2/25/2021

   *Gary Holyoke*

   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010

hon. Giglioti
hon. angelini
hon, murad          Judges I had to be present for.
hon. eanance
hon. Robert Glenn


John Raspante
Steve Huntzinger     my different attorneys I had in past year
Carolline Levitt

God
Jesus Christ
Maria Holyoke
Art Holyoke
David Holyoke
Robert Volz Sr.
Jennifer Volz Gray     Accused family, doctors and landlords
Matthew Gray
Erica Volz
David Volz
Mike Volz
Nancy Engle
Leslie Engle-Dziedzic
Jennifer Donofrio LPN
Dr. Furarargo
Dr. Khan
Bernard Julian
Timothy Julian
Denise Crist
Dr. Sinha
Dr. Rayancha
Mark Whitaker Jr.

{ Defendant


Gary Arthur Holyoke     (Me) Plaintiff


Kim Schraeder York street clinic 10 year RNMSW which just is four years probation six years there to try to figure it out
Gary Dziuk case manager
Sandy case manager
Bob Michelle case manager
Dr. Fayez Chaffe understands my tinitus problem

Defendents