UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GARY ARTHUR HOLYOKE,

         -v-                       6:21-CV-239

MARIA HOLYOKE *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                    OF COUNSEL:

Gary Arthur Holyoke
Plaintiff, Pro Se
811 Court Street, #320
Utica, NY 13502

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

  Pro se plaintiff Gary Arthur Holyoke ("plaintiff") filed this action against his mother and twenty-six others alleging that his family has mistreated him and that his doctors have mis-diagnosed him.

  On April 9, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's motion for leave to proceed *in forma pauperis* for the purpose of an initial review. Dkt. No. 7. Judge Dancks also advised by Report & Recommendation that plaintiff's complaint be dismissed without prejudice for

- 2 -

failure to comply with federal pleading standards. *Id.* Plaintiff has filed objections to the Report & Recommendation. Dkt. No. 9.

Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation is accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ADOPTED.

IT IS SO ORDERED.

Dated: May 4, 2021
      Utica, New York.

David N. Hurd
U.S. District Judge