UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GARY ARTHUR HOLYOKE,

        Plaintiff,

    -v-                       6:21-CV-239

MARIA HOLYOKE *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                   OF COUNSEL:

GARY ARTHUR HOLYOKE
Plaintiff, Pro Se
811 Court Street, #320
Utica, NY 13502

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On March 2, 2021, *pro se* plaintiff Gary Arthur Holyoke ("plaintiff") filed this action against his mother and twenty-six others alleging that his family has mistreated him and that his doctors have misdiagnosed him.

On April 9, 2021, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's motion for leave to proceed *in forma pauperis* for the purpose of an initial review.  Judge Dancks also advised by Report & Recommendation

("R&R") that plaintiff's complaint be dismissed without prejudice for failure to comply with federal pleading standards. This Court adopted Judge Dancks's R&R over plaintiff's objections. Dkt. No. 10.

Thereafter, plaintiff filed an amended complaint. Dkt. No. 12. On June 9, 2021, Judge Dancks conducted a review of plaintiff's amended complaint, concluded that it still failed to state any viable legal claims against any named defendants, and advised by R&R that it be dismissed without leave to amend. Dkt. No. 13.

Plaintiff has filed objections. Dkt. No. 14. Upon *de novo* review of the portions to which plaintiff has objected, the Report & Recommendation will be accepted and adopted in all respects. *See* 28 U.S.C. § 636(b)(1)(C).

Therefore, it is

ORDERED that

1. The Report & Recommendation is ADOPTED; and

2. Plaintiff's complaint is DISMISSED WITHOUT LEAVE TO AMEND.

The Clerk of the Court is directed to enter a judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

Dated: July 19, 2021
      Utica, New York.

David N. Hurd
U.S. District Judge